**93-865.** Sabin v. Graves. *Ottawa County,* No. 92-OT-033. Cause dismissed, on appellant's application for dismissal, effective June 8, 1993.